UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

TAVAUGHN PERRY, INDIVIDUALLY
AND FOR OTHERS SIMILARLY
SITUATED,

      Plaintiff,

   v.

UTILIQUEST, LLC,

      Defendant.

Civil Action No. 1:23-cv-03369-GLR

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Eric J. Janson, hereby enter my appearance as counsel in this matter for Defendant Utiliquest, LLC.  I certify that I am admitted to practice in this court and am in good standing.

DATED:  December 28, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Eric J. Janson*

Eric J. Janson
ejanson@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393

*Counsel for Defendant*
*Utiliquest, LLC*

307029759v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 28, 2023, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Eric J. Janson

Eric J. Janson
*Counsel for Defendant*
*Utiliquest, LLC*

307029759v.1