UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| TAVAUGHN PERRY, INDIVIDUALLY AND FOR OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br>UTILIQUEST, LLC,<br><br>Defendant. | Civil Action No. 1:23-cv-03369-GLR |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Utiliquest, LLC ("Defendant") respectfully requests a one-week extension of time to answer or otherwise respond to Plaintiff's Complaint. In support of this request, Defendant states as follows:

1. On December 12, 2023, Plaintiff commenced this action, asserting claims under the Maryland Wage and Hour Law and Maryland Wage Payment and Collection Law. ECF No. 1.

2. Plaintiff served Defendant with the Summons and Complaint on December 13, 2023, *see* ECF No. 2, and its answer or other response to the Complaint is therefore due January 3, 2024. *See* Fed. R. Civ. P. 12.

3. Due to the intervening Christmas and New Year's holidays, and associated office closures, Defendant respectfully requests a one-week extension of time in order to investigate the allegations and prepare a response.

4. Pursuant to Local Rule 105.9, the undersigned counsel sought consent from Plaintiff's counsel for this extension. Plaintiff's counsel consented to the requested extension of time.

306985449v.2

5. This request is not made for the purposes of delay. No scheduling order has been issued and this brief extension of time will not adversely impact the judicial process.

WHEREFORE, Defendant respectfully requests that this Court extend the time in which it may submit an answer or other response to Plaintiff's Complaint, until January 10, 2024.

DATED: December 28, 2023                    Respectfully submitted,

                                            SEYFARTH SHAW LLP


                                            */s/ Eric J. Janson*

                                            Eric J. Janson
                                            ejanson@seyfarth.com
                                            975 F Street, N.W.
                                            Washington, DC 20004
                                            Telephone: (202) 463-2400

                                            Robert Whitman – *pro hac vice* forthcoming
                                            rwhitman@seyfarth.com
                                            Max Scharf – *pro hac vice* forthcoming
                                            mscharf@seyfarth.com
                                            620 Eighth Avenue, 32nd Floor
                                            New York, New York 10018
                                            Telephone: (212) 218-5500

                                            *Attorneys for Defendant Utiliquest, LLC*

2

306985449v.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2023, a true and correct copy of the foregoing Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint was filed with the Clerk of the Court using the CM/ECF system, and a copy of this filing was served on the following via U.S. Mail:

Taylor Ashley Jones
Josephson Dunlap LLP
11 Greenway Plaza
Suite 3050
Houston, TX 77046

*/s/ Eric J. Janson*

Eric J. Janson
ejanson@seyfarth.com
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 463-2400

Robert Whitman – *pro hac vice* forthcoming
rwhitman@seyfarth.com
Max Scharf – *pro hac vice* forthcoming
mscharf@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone: (212) 218-5500

*Attorneys for Defendant Utiliquest, LLC*

306985449v.2