UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TAVAUGHN PERRY, INDIVIDUALLY
AND FOR OTHERS SIMILARLY
SITUATED,

               Plaintiff,

    v.

UTILIQUEST, LLC,

               Defendant.

Civil Action No. 1:23-cv-03369-GLR

## **ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is this 29th day of December, 2023, hereby:

ORDERED that the Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (ECF No 4) is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant shall have up to and including January 10, 2024, to answer or otherwise respond to Plaintiff's Complaint.

               _____/s/_____

               The Honorable George Levi Russell, III
               United States District Judge