UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| Tavaughn Perry, Individually and for Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>Utiliquest, LLC,<br><br>      Defendant. | Civil Action No. 1:23-cv-03369-GLR<br><br>**NOTICE OF MOTION** |

     **PLEASE TAKE NOTICE** that, upon the Declaration of Robert S. Whitman, together with Exhibit A, the Declaration of Lori Mullins, together with Exhibits A through G, the Memorandum of Law in Support of Defendant's Motion to Compel Arbitration, and upon all the pleadings and proceedings herein, Defendant Utiliquest, LLC ("UtiliQuest"), by and through its attorneys, Seyfarth Shaw LLP, will move this Court for an Order granting UtiliQuest's Motion to Compel Arbitration and any such other relief as the Court deems just and proper.

DATED: January 10, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

_/s/ Eric J. Janson__
Eric J. Janson - Maryland Bar No. 16928
ejanson@seyfarth.com
975 F Street, N.W.
Washington, DC 20004
Telephone:  (202) 463-2400

Robert Whitman – *pro hac vice* forthcoming
rwhitman@seyfarth.com
Max Scharf – *pro hac vice* forthcoming
mscharf@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone:  (212) 218-5500

*Attorneys for Defendant UtiliQuest, LLC*

2

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2024, a copy of the foregoing Notice of Motion, Defendant's Memorandum of Law in Support of Its Motion to Compel Arbitration, the Declaration of Robert S. Whitman, together with Exhibit A, and the Declaration of Lori Mullins, together with Exhibits A through G, were filed electronically using the Court's CM/ECF system.  Notice of this filing will be sent by email to counsel of record by operation of the CM/ECF system.

*/s/ Eric J. Janson*
Eric J. Janson