UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

Tavaughn Perry, Individually and for Others
Similarly Situated,

        Plaintiff,

  v.

Utiliquest, LLC,

        Defendant.

Civil Action No. 1:23-cv-03369-GLR

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendant UtiliQuest, LLC states that Dycom Investments, Inc. ("Dycom Investments") is the only member of UtiliQuest, LLC.  Dycom Investments is a wholly-owned subsidiary of Dycom Industries, Inc. ("Dycom Industries").  Dycom Industries has no parent corporation.  On information and belief, BlackRock, Inc., a publicly held corporation, owns more than 10% of the outstanding stock of Dycom Industries as of the date of this filing.

Defendant further states that no other corporation, unincorporated association, partnership, or business entity has a financial interest in the outcome of this litigation as defined by Local Rule 103.3.

DATED: January 10, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

<u>/s/ Eric J. Janson</u>
Eric J. Janson - Maryland Bar No. 16928
ejanson@seyfarth.com
975 F Street, N.W.
Washington, DC 20004
Telephone:  (202) 463-2400

Robert Whitman – *pro hac vice* forthcoming
rwhitman@seyfarth.com
Max Scharf – *pro hac vice* forthcoming
mscharf@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone:  (212) 218-5500

*Attorneys for Defendant UtiliQuest, LLC*