UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| Tavaughn Perry, Individually and for Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>Utiliquest, LLC,<br><br>                    Defendant. | Civil Action No. 1:23-cv-03369-GLR<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF ROBERT S. WHITMAN** |

I, Eric J. Janson, am a member in good standing of the bar of this Court. My bar number is 16928. I am moving for the admission of Robert S. Whitman to appear pro hac vice in this case as counsel for Defendant Utiliquest, LLC.

We certify that:

1.      The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2.      The proposed admittee is a member in good standing of the bars of the following State Courts and United States Courts:

| **State** | **Date of Admission** |
|---|---|
| State Bar of New York - 2971703 | March 18, 1998 |
| **Federal** | **Year of Admission** |
| U.S. Supreme Court | 1997 |
| First Circuit Court of Appeals | 2000 |
| Second Circuit Court of Appeals | 1992 |
| Third Circuit Court of Appeals | 1997 |

307020565v.1

| | |
|---|---|
| Fifth Circuit Court of Appeals | 2000 |
| District of Columbia | 1994 |
| District of Connecticut | 2015 |
| Northern District of New York | 2008 |
| Southern District of New York | 1998 |
| Eastern District of New York | 1998 |
| Western District of New York | 2010 |
| Western District of Michigan | 2019 |

3.      During the twelve months immediately preceding this motion, the proposed admittee has not been admitted pro hac vice in this Court.

4.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.      The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.      The $100.00 fee for admission pro hac vice accompanies this motion.

9.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

- 2 -

Respectfully Submitted,

MOVANT                                          PROPOSED ADMITTEE

/s/ Eric J. Janson

Eric J. Janson  #16928                          Robert S. Whitman NY Bar #2971703
Printed Name and bar number                     Printed Name and bar number

SEYFARTH SHAW LLP                               SEYFARTH SHAW LLP
Firm                                            Firm
975 F Street, N.W.                              620 Eighth Avenue
Address                                         Address
Washington, DC  20004-1454                      New York, New York 10018-1405
City, State, Zip Code                           City, State, Zip Code
(202) 828-3532                                  (212) 218-5500
Telephone Number                                Telephone Number
(202) 828-5393                                  (212) 218-5526
Fax Number                                      Fax Number
ejanson@seyfarth.com                            rwhitman@seyfarth.com
Email Address                                   Email Address

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2024, a true and correct copy of the foregoing

Motion For Admission Pro Hac Vice of Robert S. Whitman was filed with the Clerk of the Court

using the CM/ECF system, and a copy of this filing was served on the following via U.S. Mail:

Taylor Ashley Jones
Josephson Dunlap LLP
11 Greenway Plaza
Suite 3050
Houston, TX 77046

/s/ Eric J. Janson
*Attorneys for Defendant Utiliquest, LLC*

307020565v.1