UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

Tavaughn Perry, Individually and for Others
Similarly Situated,

        Plaintiff,

    v.

Utiliquest, LLC,

        Defendant.

Civil Action No. 1:23-cv-03369-GLR

**MOTION FOR ADMISSION PRO HAC VICE OF MAX SCHARF**

I, Eric J. Janson, am a member in good standing of the bar of this Court. My bar number is 16928. I am moving for the admission of Max Scharf to appear pro hac vice in this case as counsel for Defendant Utiliquest, LLC.

We certify that:

1.      The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2.      The proposed admittee is a member in good standing of the bars of the following State Courts and United States Courts:

| State | Date of Admission |
| --- | --- |
| State Bar of New York - 5608997 | June 27, 2018 |

| Federal | Year of Admission |
| --- | --- |
| Southern District of New York | 2020 |
| Eastern District of New York | 2020 |
| Eastern District of Michigan | 2022 |

3.      During the twelve months immediately preceding this motion, the proposed admittee has not been admitted pro hac vice in this Court.

4.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.    The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.    The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.    The $100.00 fee for admission pro hac vice accompanies this motion.

9.    We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully Submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Eric J. Janson | _Max Scharf_ |
| Eric J. Janson #16928 | Max Scharf - NY Bar #5608997 |
| Printed Name and bar number | Printed Name and bar number |
| SEYFARTH SHAW LLP | SEYFARTH SHAW LLP |
| Firm | Firm |
| 975 F Street, N.W. | 620 Eighth Avenue |
| Address | Address |
| Washington, DC 20004-1454 | New York, New York 10018-1405 |
| City, State, Zip Code | City, State, Zip Code |
| (202) 828-3532 | (212) 218-5500 |
| Telephone Number | Telephone Number |
| (202) 828-5393 | (212) 218-5526 |
| Fax Number | Fax Number |
| ejanson@seyfarth.com | mscharf@seyfarth.com |
| Email Address | Email Address |

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2024, a true and correct copy of the foregoing

Motion For Admission Pro Hac Vice of Max Scharf was filed with the Clerk of the Court using

the CM/ECF system, and a copy of this filing was served on the following via U.S. Mail:

> Taylor Ashley Jones
> Josephson Dunlap LLP
> 11 Greenway Plaza
> Suite 3050
> Houston, TX 77046

/s/ Eric J. Janson
_____
*Attorneys for Defendant Utiliquest, LLC*

- 3 -

307020743v.2