## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Tavaughn Perry, et al.                          *

   Plaintiff,

                          *

v.                                              Case No.  1:23-cv-03369-GLR

                          *

Untiliquest, LLC,

   Defendant.                                  *

### MOTION FOR ADMISSION PRO HAC VICE

I, Taylor A. Jones , am a member in good standing of the bar of this

Court.  I am moving the admission of Olivia R. Beale

to appear pro hac vice in this case as counsel for Tavaughn Perry, Individually and for Others Similarly Situated .

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State Bar of Texas - 11/23/2021 | Please see attached. |
| | |
| | |
| | |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_____
Signature

Taylor A. Jones
Printed name and bar number

MD Bar No. 20049
Office name


11 Greenway Plaza, Suite 3050, Houston, Tx 77046
Address

713-352-1100
Telephone number

713-352-3300
Fax Number

tjones@mybackwages.com
Email Address

PROPOSED ADMITTEE

_____
Signature

Olivia R. Beale
Printed name

Josephson Dunlap, LLP
Office name


11 Greenway Plaza, Suite 3050, Houston, Tx 77046
Address

713-352-1100
Telephone number

713-352-3300
Fax Number

obeale@mybackwages.com
Email Address

Attorney Olivia R. Beale

| Name of Court | Date of Admission | Active/Good Standing |
| --- | --- | --- |
| Michigan – Eastern District | 08/05/2022 | Yes |
| Pennsylvania – Western District | 08/02/2022 | Yes |
| Texas – Southern District | 02/23/2022 | Yes |
| Texas – Western District | 09/12/2022 | Yes |
| North Dakota | 02/27/2023 | Yes |
| Illinois – Central District | 06/20/2023 | Yes |
| Colorado | 12/08/2023 | Yes |