**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| TAVAUGHN PERRY, Individually and for Others Similarly Situated, <br><br> v. <br><br> UTILIQUEST, LLC. | **Case No. 1:23-cv-03369-GLR** <br><br> Jury Trial Demanded <br><br> Rule 23 Class Action |

### RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Tavaughn Perry, hereby dismisses this matter without prejudice. Since no answer or motion for summary judgment has been filed, this dismissal is effective upon its filing. FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: January 24, 2024

Respectfully submitted,

**APPROVED this 24th day of January, 2024. This case is hereby DISMISSED without prejudice. The pending Motion to compel Arbitration (ECF No. 6) is DENIED as moot. The Clerk is directed to CLOSE this case.**

  /s/  
George L. Russell, III
United States District Judge

/s/ *Olivia R. Beale*
Taylor A. Jones - MD Bar No. 1612130317
Michael A. Josephson*
Andrew W. Dunlap*
Olivia R. Beale
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: (713) 352-1100
Fax:    (713) 352-3300
tjones@mybackwages.com
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch*
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone: (713) 877-8788
Fax:    (713) 877-8065
rburch@brucknerburch.com

*Attorneys for Plaintiff*